No. 67489.—Firmenich, Inc. *v.* United States, protests 62/9121 and 62/13794 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 CCPA 100, C.A.D. 737), the claim of the plaintiff was sustained.